UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JOHN ANTUAN JACKSON** | * | **CIVIL ACTION NO. 3:18-cv-0757** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **TOWN OF BERNICE aka TOWN HALL, MAYOR WILLIAM M. MITCHAM, TOWN ALDERMAN, CHIEF OF POLICE RICKY W. ALBRITTON IN THEIR OFFICIAL CAPACITY, DAVID HILL, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY, AND THEIR INSURANCE COMPANIES, XYZ** | * | **MAG. JUDGE KAREN L. HAYES** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss, filed by the Town of Bernice Police Department [Doc. No. 9], is **GRANTED** and that Plaintiff's claims against the Town of Bernice Police Department are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants' motion to dismiss for failure to state a claim upon which relief can be granted and for insufficient process and service of process [Doc. No. 10] be **GRANTED** and Plaintiff's § 1983 claims against Mayor William Mitcham, Police Chief Ricky Albritton, and the Town of Bernice be

**DISMISSED WITH PREJUDICE**. Fed. R. Civ. P. 12(b)(6).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against the Bernice Town Aldermen be **DISMISSED WITH PREJUDICE**. Fed. R. Civ. P. 12(b)(4), (5).

MONROE, LOUISIANA, this 9th day of October, 2018.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**